**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP**

COREY FRANZINI,                      :
on behalf of Plaintiff and a         :
class,                               :
                                     :
             Plaintiff,              :
                                     :
     v.                              :
                                     :
BISSELL HOMECARE, INC.,              :        DEMAND FOR TRIAL BY JURY
                                     :
             Defendant.              :

## COMPLAINT – CLASS ACTION

1.      Plaintiff brings this action to secure redress for an improper tying arrangement which Defendant Bissell Homecare, Inc., imposes on purchasers of its products.

## JURISDICTION AND VENUE

2.      The Court has subject matter jurisdiction under the Class Action Fairness Act, 28 U.S.C. §1332(d) ("CAFA") and 28 U.S.C. §1367.

3.      There are more than 100 members of each class.

4.      Plaintiff (New York citizen) and most class members are of diverse citizenship to Defendant (Michigan citizen).

5.      The amount in controversy, on a classwide basis, is in excess of $5 million, exclusive of interest and costs.

## PARTIES

6.      Plaintiff Corey Franzini is a citizen of New York and a resident of North Bellmore, Nassau County, New York.

7.      Defendant Bissell Homecare, Inc., is a Michigan corporation  with its principal place

-1-

of business at 2345 Walker Avenue NW, Grand Rapids, Michigan 49544.   Its registered agent is

Michael D. Sukenik at that address.

8.    Defendant is the largest manufacturer of floor care products in the United States,

with a market share of about 20%.  Its annual sales are $800 million.

## FACTS

9.    Plaintiff purchased a Bissell Crosswave 1785 series floor cleaner during the four

years prior to the filing of this action.

10.    The User Guide or manual for the cleaner (Exhibit A) states:

    a.    "Use only BISSELL cleaning products intended for use with this appliance to

        prevent internal component damage."  (Page 2)

    b.    "WARNING   To reduce the risk of fire and electric shock due to internal

        component damage, use only BISSELL cleaning fluids intended for use with

        the hard floor device." (Page 5)

    c.    "Always use CrossWave formulas in your machine.  Other solutions may

        harm the machine and void the warranty."  (Page 5)

11.    The User Guide also contains the warranty.  It states (page 15) that "Damage or

malfunction caused by . . . any other use not in accordance with the User's Guide is not covered."

12.    The Magnuson Moss Consumer Products Warranty Act, 15 U.S.C. §2302(c)

("MMWA"), provides:

> (c) Prohibition on conditions for written or implied warranty; waiver by Commission. No
> warrantor of a consumer product may condition his written or implied warranty of such
> product on the consumer's using, in connection with such product, any article or service
> (other than article or service provided without charge under the terms of the warranty)
> which is identified by brand, trade, or corporate name; except that the prohibition of this
> subsection may be waived by the Commission if—
>
>     (1) the warrantor satisfies the Commission that the warranted product will function

properly only if the article or service so identified is used in connection with the warranted product, and

(2) the Commission finds that such a waiver is in the public interest.

The Commission shall identify in the Federal Register, and permit public comment on, all applications for waiver of the prohibition of this subsection, and shall publish in the Federal Register its disposition of any such application, including the reasons therefor.

13.     The implementing FTC regulations, 16 C.F.R. §700.10, "Prohibited tying," provide:

(a) Section 102(c), 15 U.S.C. §2302(c), prohibits tying arrangements that condition coverage under a written warranty on the consumer's use of an article or service identified by brand, trade, or corporate name unless that article or service is provided without charge to the consumer.

(b) Under a limited warranty that provides only for replacement of defective parts and no portion of labor charges, section 102(c), 15 U.S.C. §2302(c), prohibits a condition that the consumer use only service (labor) identified by the warrantor to install the replacement parts. A warrantor or his designated representative may not provide parts under the warranty in a manner which impedes or precludes the choice by the consumer of the person or business to perform necessary labor to install such parts.

(c) No warrantor may condition the continued validity of a warranty on the use of only authorized repair service and/or authorized replacement parts for non-warranty service and maintenance (other than an article of service provided without charge under the warranty or unless the warrantor has obtained a waiver pursuant to section 102(c) of the Act, 15 U.S.C. §2302(c)). For example, provisions such as, "This warranty is void if service is performed by anyone other than an authorized `ABC' dealer and all replacement parts must be genuine `ABC' parts," and the like, are prohibited where the service or parts are not covered by the warranty. These provisions violate the Act in two ways. First, they violate the section 102(c), 15 U.S.C. §2302(c), ban against tying arrangements. Second, such provisions are deceptive under section 110 of the Act, 15 U.S.C. §2310, because a warrantor cannot, as a matter of law, avoid liability under a written warranty where a defect is unrelated to the use by a consumer of "unauthorized" articles or service. In addition, warranty language that implies to a consumer acting reasonably in the circumstances that warranty coverage requires the consumer's purchase of an article or service identified by brand, trade or corporate name is similarly deceptive. For example, a provision in the warranty such as, "use only an authorized `ABC' dealer" or "use only `ABC' replacement parts," is prohibited where the service or parts are not provided free of charge pursuant to the warranty. This does not preclude a warrantor from expressly excluding liability for defects or damage caused by "unauthorized" articles or service; nor does it preclude the warrantor from denying liability where the warrantor can demonstrate that the defect or damage was so caused.

14.     Non-Bissell fluids can be used in a Bissell Crosswave without damaging or harming

-3-

it.

15.    Non-Bissell fluids are cheaper.

16.    There is little if any difference between Bissell fluids (Exhibit B) and non-Bissell fluids (Exhibit C), other than price.

17.    Defendant has never applied to the FTC for a waiver of the above-quoted requirements.

18.    In February 2023, Plaintiff purchased Bissell replacement fluid instead of cheaper non-Bissell fluid to avoid difficulties in obtaining warranty service.  He was therefore damaged

19.    The above-quoted statements in the User Guide are an attempt to impose a tying arrangement on consumers, in violation of the Magnuson Moss Act and regulations.

20.    As a result, all persons who purchased Bissell Crosswave products have a product of lesser value than if they could use any replacement fluid in it, and have been damaged.

## COUNT I – MAGNUSON MOSS WARRANTY ACT

21.    Plaintiff incorporates paragraphs 1-20.

22.    Defendant violated 15 U.S.C. §2302(c) and 16 C.F.R. §700.10 by stating:

a.    "Use only BISSELL cleaning products intended for use with this appliance to prevent internal component damage."  (Page 2)

b.    "WARNING   To reduce the risk of fire and electric shock due to internal component damage, use only BISSELL cleaning fluids intended for use with the hard floor device." (Page 5)

c.    "Always use CrossWave™ formulas in your machine.  Other solutions may harm the machine and void the warranty."  (Page 5)

d.    "Damage or malfunction caused by . . . any other use not in accordance with

the User's Guide is not covered." (Page 15)

23.     15 U.S.C. § 2310(d)(1) provides that "a consumer who is damaged by the failure of a supplier, warrantor, or service contractor to comply with any obligation under this title [15 USCS §§ 2301 et seq.] . . . may bring suit for damages and other legal and equitable relief— (A) in any court of competent jurisdiction in any State or the District of Columbia; or (B) in an appropriate district court of the United States, subject to paragraph (3) of this subsection."

24.     CAFA provides a basis for federal jurisdiction over Magnuson Moss Act claims. *Dayan v. Swiss-American Prods.,* 15cv6895, 2017 U.S. Dist. LEXIS 1121 (E.D.N.Y. Jan. 3, 2017), adopted, 2017 U.S. Dist. LEXIS 50773 (E.D.N.Y. Mar. 31, 2017); *Kuns v. Ford Motor Co.*, 543 Fed. Appx. 572, 574-75 (6th Cir. 2013) (finding that courts have subject-matter jurisdiction under CAFA even when the plaintiffs cannot not satisfy the MMWA); *Birdsong v. Apple, Inc.,* 590 F.3d 955, 957 n.1 (9th Cir. 2009) (same); *Voelker v. Porsche Cars N. Am., Inc.*, 353 F.3d 516, 522 (7th Cir. 2003) ("Supplemental jurisdiction over the Magnuson-Moss claims could have existed in the district court. That court had federal question jurisdiction over the TILA and FCRA claims and, because both of those claims and the Magnuson-Moss claims arise from the same controversy, it also had the discretionary authority to exercise supplemental jurisdiction over the Magnuson-Moss claims."); *In re Sony Vaio Computer Notebook Trackpad Litig.,* 09cv2109, 2010 U.S. Dist. LEXIS 115142, 2010 WL 4262191, at *4 (S.D. Cal. Oct. 28, 2010) (concluding that supplemental jurisdiction could be exercised over MMWA claim that did not involve more than $50,000, collecting cases holding the same; *Diaz v. Paragon Motors of Woodside, Inc.,* 424 F. Supp. 2d 519, 527 (E.D.N.Y. 2006) (same); *Chavis v. Fid. Warranty Servs., Inc.,* 415 F. Supp. 2d 620, 626 (D.S.C. 2006) (same); *Barnes v. West, Inc.,* 249 F. Supp. 2d 737, 739 (E.D. Va. 2003) (holding that "MMWA claims that cannot independently be heard in federal court owing to the absence of the requisite amount in controversy, can still be

heard in federal court in circumstances where supplemental jurisdiction is properly exercised under 28 U.S.C. § 1367").

25.      15 U.S.C. § 2310(d)(2) provides that "If a consumer finally prevails in any action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the aggregate amount of cost and expenses (including attorneys' fees based on actual time expended) determined by the court to have been reasonably incurred by the plaintiff for or in connection with the commencement and prosecution of such action, unless the court in its discretion shall determine that such an award of attorneys' fees would be inappropriate."

## CLASS ALLEGATIONS

26.      Plaintiff brings this claim on behalf of a class, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3).

27.      The class consists of (a) all individuals (b) who purchased a floor cleaner manufactured by Defendant (c) on or after a date four years prior to the filing of this action (d) the User Guide for which contained statements similar to (i) "Use only BISSELL cleaning products intended for use with this appliance to prevent internal component damage," or (ii) "WARNING To reduce the risk of fire and electric shock due to internal component damage, use only BISSELL cleaning fluids intended for use with the hard floor device" or (iii) "Always use CrossWave™ formulas in your machine.  Other solutions may harm the machine and void the warranty" or (iv) "Damage or malfunction caused by . . . any other use not in accordance with the User's Guide is not covered."

28.      Plaintiff may alter the class definition to conform to developments in the case and discovery.

29.      On information and belief, based on Bissell's sales volume, there are more than 100

class members, and the class is so numerous that joinder of all members is not practicable.

30.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members.  The predominant common questions are:

        a.     Whether the quoted statements violate the Magnuson Moss Act and regulations;

        b.     The appropriate measure of damages;

31.     Plaintiff's claim is typical of the claims of the class members.  All are based on the same factual and legal theories.

32.     Plaintiff will fairly and adequately represent the class members.  Plaintiff has retained counsel experienced in class actions and consumer litigation.

33.     A class action is superior for the fair and efficient adjudication of this matter, in that:

        a.     Individual actions are not economically feasible.

        b.     Members of the class are likely to be unaware of their rights.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class and against Defendant for:

        i.     Actual damages;

        ii.     Attorney's fees, litigation expenses and costs of suit;

        iii.     Such other and further relief as the Court deems proper.

## COUNT II – NY GBL §349

34.     Plaintiff incorporates paragraphs 1-20 and 22.

35.     The following statements by Defendant are false and deceptive:

        a.     "Use only BISSELL cleaning products intended for use with this appliance to

prevent internal component damage." (Page 2)

b.    "WARNING   To reduce the risk of fire and electric shock due to internal

component damage, use only BISSELL cleaning fluids intended for use with

the hard floor device." (Page 5)

c.    "Always use CrossWave℠ formulas in your machine.  Other solutions may

harm the machine and void the warranty."  (Page 5)

d.    "Damage or malfunction caused by . . . any other use not in accordance with

the User's Guide is not covered." (Page 15)

36.    New York General Business Law § 349 provides:

Deceptive acts and practices unlawful

(a) Deceptive acts or practices in the conduct of any business, trade or commerce or in the furnishing of any service in this state are hereby declared unlawful. . . .

(h) In addition to the right of action granted to the attorney general pursuant to this section, any person who has been injured by reason of any violation of this section may bring an action in his own name to enjoin such unlawful act or practice, an action to recover his actual damages or fifty dollars, whichever is greater, or both such actions. The court may, in its discretion, increase the award of damages to an amount not to exceed three times the actual damages up to one thousand dollars, if the court finds the defendant willfully or knowingly violated this section. The court may award reasonable attorney's fees to a prevailing plaintiff. . . .

**CLASS ALLEGATIONS**

37.    Plaintiff brings this claim on behalf of a class, pursuant to Fed.R.Civ.P. 23(a) and

23(b)(3).

38.    The class consists of (a) all individuals (b) who purchased a floor cleaner

manufactured by Defendant (c) and either reside in New York or purchased the cleaner in New

York (d) on or after a date three years prior to the filing of this action (*Gaidon v Guardian Life Ins. Co.*

*of Am.,* 96 N.Y.2d 201, 727 N.Y.S.2d 30, 750 N.E.2d 1078 (2001)), (e) where the User Guide for the

-8-

product contained statements similar to (i) "Use only BISSELL cleaning products intended for use with this appliance to prevent internal component damage," or (ii) "WARNING  To reduce the risk of fire and electric shock due to internal component damage, use only BISSELL cleaning fluids intended for use with the hard floor device" or (iii) "Always use CrossWave™ formulas in your machine.  Other solutions may harm the machine and void the warranty" or (iv) "Damage or malfunction caused by . . . any other use not in accordance with the User's Guide is not covered."

39.     Plaintiff may alter the class definition to conform to developments in the case and discovery.

40.     On information and belief, based on Bissell's sales volume, there are more than 100 class members, and the class is so numerous that joinder of all members is not practicable.

41.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members.  The predominant common questions are:

a.     Whether the quoted statements violate the Magnuson Moss Act and regulations;

b.     Whether the making of such statements is deceptive, in violation of NY GBL §349;

c.     The appropriate measure of damages;

42.     Plaintiff's claim is typical of the claims of the class members.  All are based on the same factual and legal theories.

43.     Plaintiff will fairly and adequately represent the class members.  Plaintiff has retained counsel experienced in class actions and consumer litigation.

44.     A class action is superior for the fair and efficient adjudication of this matter, in that:

      a.      Individual actions are not economically feasible.

      b.      Members of the class are likely to be unaware of their rights.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class and against Defendant for:

      i.      Actual damages;

      ii.      Statutory damages;

      iii.      Treble damages;

      iv.      Attorney's fees, litigation expenses and costs of suit;

      v.      Such other and further relief as the Court deems proper.

*/s/ Abraham Kleinman*
Abraham Kleinman

Abraham Kleinman
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY 11556-0626
(516) 522-2621
(888) 522-1692 (FAX)

Daniel A. Edelman (IL 0712094) (pro hac vice to be applied for)
Heather A. Kolbus (IL 6278239 )
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

## JURY DEMAND

Plaintiff demands trial by jury.

*/s/ Abraham Kleinman*
Abraham Kleinman

Abraham Kleinman
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY 11556-0626
(516) 522-2621
(888) 522-1692 (FAX)


Daniel A. Edelman (IL 0712094) (pro hac vice to be applied for)
Heather A. Kolbus (IL 6278239 )
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

## <u>NOTICE OF ASSIGNMENT</u>

Please be advised that all rights relating to attorney's fees have been assigned to counsel.


*/s/ Abraham Kleinman*
Abraham Kleinman

# EXHIBIT A



# CROSSWAVE™

USER GUIDE
1785 SERIES



# IMPORTANT SAFETY INSTRUCTIONS

**READ ALL INSTRUCTIONS BEFORE USING YOUR CROSSWAVE™.**

When using an electrical appliance, basic precautions should be observed, including the following:

## ⚠ WARNING

**TO REDUCE THE RISK OF FIRE, ELECTRIC SHOCK, OR INJURY:**

» Connect to a properly grounded outlet only. See grounding instructions. Do not modify the 3-prong grounded plug.

» Do not leave appliance when it is plugged in. Unplug from outlet when not in use and before servicing.

» Use indoors only.

» Do not allow to be used as a toy. Close attention is necessary when used by or near children.

» Do not use for any purpose other than described in this User's Guide. Use only manufacturer's recommended attachments.

» Do not use with damaged cord or plug. If appliance is not working as it should, or has been dropped, damaged, left outdoors, or dropped into water, have it repaired at an authorized service center.

» Do not pull or carry by cord, use cord as a handle, close a door on cord, or pull cord around sharp edges or corners. Do not run appliance over cord. Keep cord away from heated surfaces.

» Do not unplug by pulling on cord. To unplug, grasp the plug, not the cord.

» Do not handle plug or appliance with wet hands.

» Do not put any object into openings. Do not use with any opening blocked; keep openings free of dust, lint, hair, and anything that may reduce air flow.

» Keep hair, loose clothing, fingers, and all parts of body away from openings and moving parts.

» Turn off all controls before plugging or unplugging appliance.

» Use extra care when cleaning on stairs.

» Do not use to pick up flammable or combustible materials (lighter fluid, gasoline, kerosene, etc.) or use in areas where they may be present.

» Do not use appliance in an enclosed space filled with vapors given off by oil base paint, paint thinner, some moth proofing substances, flammable dust, or other explosive or toxic vapors.

» Do not use to pick up toxic material (chlorine bleach, ammonia, drain cleaner, etc.).

» Do not pick up anything that is burning or smoking, such as cigarettes, matches, or hot ashes.

» Use only BISSELL cleaning products intended for use with this appliance to prevent internal component damage. See the Cleaning Fluid section of this guide.

» Do not immerse. Use only on surfaces moistened by the cleaning process.

» Keep appliance on a level surface.

» Do not carry the appliance while in use.

» Always install float before any wet pick-up operation.

» Do not carry the appliance while in use.

## ⚠ WARNING

Risk Of Injury. Brush May Start Unexpectedly. Unplug Before Cleaning or Servicing.

## ⚠ WARNING

To Reduce The Risk Of Injury From Moving Parts – Unplug Before Servicing.

**NOTE: STORE CLEANER IN A PROTECTED, DRY AREA. SINCE THIS PRODUCT USES WATER, IT MUST NOT BE STORED WHERE THERE IS A DANGER OF FREEZING. FREEZING WILL DAMAGE INTERNAL COMPONENTS AND VOID THE WARRANTY.**

## ⚠ WARNING

Improper connection of the equipment-grounding conductor can result in a risk of electrical shock.  Check with a qualified electrician or service person if you aren't sure if the outlet is properly grounded. DO NOT MODIFY THE PLUG. If it will not fit the outlet, have a proper outlet installed by a qualified electrician. This appliance is designed for use on a nominal 120-volt circuit, and has a grounding attachment plug that looks like the plug in the illustration. Make certain that the appliance is connected to an outlet having the same configuration as the plug. No plug adapter should be used with this appliance.

## GROUNDING INSTRUCTIONS

This appliance must be connected to a grounded wiring system. If it should malfunction or break down, grounding provides a safe path of least resistance for electrical current, reducing the risk of electrical shock. The cord for this appliance has an equipment-grounding conductor and a grounding plug. It must only be plugged into an outlet that is properly installed and grounded in accordance with all local codes and ordinances.



Grounded Outlets

Grounding Pin

# SAVE THESE INSTRUCTIONS FOR FUTURE USE

This model is for household use only. Commercial use of this unit voids the manufacturer's warranty.

# Thanks for buying a BISSELL CrossWave™

We love to clean and we're excited to share one of our innovative products with you. We want to make sure your multi-surface cleaner works as well in two years as it does today, so this guide has tips on using (pages 6-8), maintaining (pages 9-13), and if there is a problem, troubleshooting (page 14).

Your multi-surface cleaner needs a little assembly before you can put it to work, so flip to page 5 and let's get started!

## What's In The Box?



Handle

Dual Action
Multi-Surface
Brush Roll

Storage Tray

Brush Roll
Drying Tray

Multi-Surface
Formula

**NOTE:** Standard accessories may vary by model.  To identify what should be included with your purchase, please refer to the "Carton Contents" list located on the carton top flap.

Safety Instructions . . . . . . . . . . . 2

Product View . . . . . . . . . . . . . . . 4

Assembly  . . . . . . . . . . . . . . . . . . 5

Cleaning Formulas . . . . . . . . . . . 5

Operations  . . . . . . . . . . . . . . . . 6-8

Maintenance & Care  . . . . . . 9-13

Troubleshooting . . . . . . . . . . . . 14

Warranty . . . . . . . . . . . . . . . . . . . 15

Service . . . . . . . . . . . . . . . . . . . . . 15

Product Registration . . . . . . . . 16

# Getting to Know Your CrossWave™




| | |
|---|---|
| 1   Upper Handle | 7   Foot |
| 2   SmartClean Fingertip Controls | 8   Solution Spray Trigger |
| 3   Float Stack | 9   Quick Release Cord Wrap |
| 4   Easy Remove Brush Window | 10   Clean Water Tank |
| 5   Integrated Carry Handle | 11   Lower Cord Wrap |
| 6   Dirty Water Tank | 12   Easy Clean Storage Tray |

Your BISSELL CrossWave™ machine comes in three easy to assemble components and does not require any tools to assemble.  The unit also comes with a two-piece Easy Clean Storage Tray.

• Handle
• Body
• Clean Water Tank
• Storage Tray
• Brush Roll Drying Tray

# Assembly

## ⚠ WARNING

**Do not plug in your CrossWave™ until you are familiar with all instructions and operating procedures.**



**1** Insert handle into body of unit until you hear a click.

≋ **click** ≋



**2** Then, on the back of the machine, align clean water tank with the grooves and slide tank into place until you hear a click.



**3**

Wrap the cord around the quick release cord wrap and the lower cord wrap.



**4** The Easy Clean Storage Tray consists of a machine storage tray and a brush roll drying tray. To assemble the Easy Clean Storage Tray, align arrows on the storage tray with the arrows on the brush roll drying tray and slide into place.

**NOTE:** To easily unwrap the cord for use, just turn the quick release cord wrap downward to remove the cord from the cord wrap.

# Cleaning Formulas

## ⚠ WARNING

**To reduce the risk of fire and electric shock due to internal component damage, use only BISSELL cleaning fluids intended for use with the hard floor device.**

Keep plenty of CrossWave™ formulas on hand so you can clean your hard floors and area rugs whenever it fits your schedule.

Always use CrossWave™ formulas in your machine. Other solutions may harm the machine and void the warranty.

### CROSSWAVE™ FORMULAS

| Multi-Surface Formula | Wood Floor Formula | Area Rug Formula |
|---|---|---|
| Great for cleaning ALL sealed floors and area rugs | Restore your wood floors' natural shine | Removes stuck on and embedded dirt from area rugs |

# Filling Your Clean Water Tank



**1** The clean water tank is located on the back of the machine.

**Clean Water Tank**

**Dirty Water Tank**



**2** Lift the clean water tank straight up to remove from the machine.



**3** Unscrew the cap from the clean water tank.

The clean water tank has two measuring volumes depending on the amount of space you would like to clean.



**4** For large area cleaning (up to 700 sq ft)

a. Fill formula tank with warm tap water to the second water fill line.

b. Then add formula to the second formula fill line.



For small area cleaning (<350 sq ft)

a. Fill formula tank with warm tap water to the first water fill line.

b. Then add formula to the first formula fill line.



**5** Screw the cap back onto the clean water tank.



**6** On the back of the machine, align clean water tank with the grooves and slide tank into place until you hear a click.

---

**A few notes about filling the clean water tank:**

• Fill with warm (140°F/60°C MAX) tap water and add the appropriate BISSELL solution. **DO NOT USE BOILING WATER. DO NOT HEAT WATER OR TANK IN MICROWAVE.**

# Cleaning Your Hard Floors



**1** Plug machine into a properly grounded outlet.



**2** ### Select cleaning mode:

To start cleaning your hard floors, turn the machine ON pressing the **HARD FLOOR** button. Once the setting is selected, the dry vacuum will turn on. To turn OFF, press the **HARD FLOOR** setting a second time.



**3** Recline the body of the machine backward to start the brush roll spinning. To stop the brush roll spinning, you will need to stand the machine upright.



**4** Before each use, hold the solution spray trigger for 10 seconds to prime the system with cleaning solution. LED lights illuminate when holding the trigger.

**NOTE:** When solution is flowing, you will see bubbles forming at the edges of the brush roll window.



**5** To clean, hold the solution spray trigger to apply solution on both forward and backward passes.



**6** To dry hard floors faster, release the trigger and clean a second pass without dispensing solution.

**TIP:** When cleaning excessively dirty or muddy hard floors or if your brush roll looks dirty, use the Easy Clean Storage Tray to rinse your brush roll before cleaning your area rugs.

**TIP:** For overly challenging and stuck-on messes on your hard floors, activate the **RUG** mode and hold your CrossWave™ over the mess. Using short passes while holding the trigger allows the multi-surface brush to go to work.

# Cleaning Area Rugs 21

**NOTE:** Before cleaning area rugs, test an inconspicuous area of the rug for colorfastness. Also, please check manufacturer's tag before cleaning area rugs for any specialized cleaning instructions. Not for use on silk or delicate area rugs.



Plug machine into a properly grounded outlet.



### Select cleaning mode:

To start cleaning your rugs, turn the machine ON pressing the **RUG** button. Once the setting is selected, the dry vacuum will turn on. To turn OFF, press the **RUG** setting a second time.



Recline the body of the machine backward to start the brush roll spinning. To stop the brush roll spinning, you will need to stand the machine upright.



Before each use, hold the solution spray trigger for 10 seconds to prime the system with cleaning solution. LED lights illuminate when holding the trigger.

**NOTE:** When solution is flowing, you will see bubbles forming at the edges of the brush roll window.



To clean, hold the solution spray trigger to apply solution on both forward and backward passes.



To dry area rugs faster, release the trigger and clean a second pass without dispensing solution.

**NOTE:** The RUG button dispenses twice the solution of the HARD FLOOR button to help with area rug cleaning.

**TIP:** For the most thorough clean, make 4 wet passes and 4 dry passes using overlapping strokes over each area you clean on your rugs.

## ATTENTION

Do not over wet carpet. Be careful not to run over loose objects or edges of area rugs. Stalling the brush may result in premature belt failure.

# Maintenance: Empty Dirty Water Tank

## ⚠ WARNING

To reduce the risk of fire, electric shock or injury, turn power OFF and disconnect plug from electrical outlet before performing maintenance or troubleshooting.



**1** To release dirty water tank, press down on recessed button on the top of the dirty tank.



**2** Grab the front handle while pressing down on button and pull dirty water tank away from the unit.



**3** Grasp top of dirty water tank in recessed areas on each side of the filter and pull upward to remove the top of the tank.

**Did You Know?**
The Float is what prevents your dirty tank from overflowing. When your dirty tank is full, the float will shut off your suction motor creating a high pitched sound indicating it is time to empty your dirty water tank.



**4** Pour dirty water and debris out. Rinse the inside of the dirty water tank.



**5** Remove the filter from the top of the dirty water tank by pulling it up.



**6** Hand wash the vacuum filter and screen with warm water and mild detergent.



**7** Rinse the float located at the bottom of the top of the dirty water tank.

# Maintenance: Empty Dirty Water Tank

## ⚠ WARNING

To reduce the risk of fire, electric shock or injury, turn power OFF and disconnect plug from electrical outlet before performing maintenance or troubleshooting.

**8**



If the inside area where the dirty water tank sits is dirty, wipe it clean with a rag or towel.

**9**



Leave parts out to dry before reassembling.

**10**



Place vacuum filter back into the top of the dirty water tank.

**NOTE:** Make sure to clean your dirty tank and let all components dry out after each use to keep your product at its best.

**11**



Once parts are dry, reassemble and replace the top of dirty water tank.

**12**



Angle the dirt tank back into body of machine inserting bottom first. Then tilt the top of the dirt tank toward the machine and push into place until you hear a click.

# Maintenance: Cleaning the Brush Roll and Brush Chamber

## ⚠️WARNING

To reduce the risk of fire, electric shock or injury, turn power OFF and disconnect plug from electrical outlet before performing maintenance or troubleshooting.



**1** Grasp brush roll window at the front and pull upward to remove.



**2** Pull brush roll out by grabbing the brush roll tab and pulling upward.



**3** With warm water, rinse your brush roll window and brush roll.



**4** If your brush roll chamber is dirty, clean with a rag or towel.



**5** Let your brush roll and brush roll window chamber dry before reassembling.

**TIP:** Running your machine with a wet brush roll will help the brush roll dry faster. The trigger should not be pressed.

**NOTE:** The brush roll is not dishwasher or automatic washing machine safe. Please follow cleaning instructions.



**6** Replace brush roll by inserting the brush roll end into the right side of the foot. Then lock the pull tab into place by pressing downward.



**7** Replace the brush roll window by first lining up both brush window tabs with the edges of the foot. Then press the window back into place until you hear a click.

# Maintenance: **Easy Clean Storage Tray**

## ⚠ WARNING

**To reduce the risk of fire, electric shock or injury, turn power OFF and disconnect plug from electrical outlet before performing maintenance or troubleshooting.**

**1** ▼



Place unit on self-cleaning storage tray.

**2** ▼



Pour water to the MAX line of the self-cleaning storage tray.

**3** ▼



Turn the machine ON by pressing the Hard Floor button.

**4** ▼



Recline the machine while in storage tray.  Allow the machine to run for 10-15 seconds until all water is picked up.  Repeat as needed.

**5** ▼



Grasp brush roll window at the front of the window and pull upward to remove.

**6** ▼



Pull brush roll out by grabbing the brush roll tab and pulling upward.

**7** ▼



Place the brush roll upright in the Brush Roll Drying Tray to dry.

# Maintenance: Easy Clean Storage Tray

## ⚠️WARNING

**To reduce the risk of fire, electric shock or injury, turn power OFF and disconnect plug from electrical outlet before performing maintenance or troubleshooting.**

**8** ▼



Replace brush roll by inserting the brush roll end into the right side of the foot. Then lock the pull tab into place by pressing downward.

**9** ▼

 

Replace the brush roll window by first lining up the brush window tabs with the edges of the foot. Then press the window back into place until you hear a click.

### Machine Storage

Put the unit away in a closet or basement until the next use. Store cleaner in a protected, dry area. Since this product uses water, it must not be stored where there is a danger of freezing. Freezing will damage internal components and will void the warranty.

**NOTE:** Any solution remaining in the clean water tank should be emptied prior to machine storage.

# Troubleshooting

> ⚠️ **WARNING**
>
> To reduce the risk of electric shock, turn power switch off and disconnect plug from electrical outlet before performing maintenance or troubleshooting checks.

| Problem | Possible causes | Remedies |
|---|---|---|
| **Reduced spray OR no spray** | Clean water tank may be empty | Refill tank |
| | Clean water tank may not be seated completely | Turn power OFF / Remove and reseat tank |
| | System isn't completely primed | Hold trigger for 10 to 15 seconds to make sure the solution has flowed to the spray tips |
| | Brush window is not latched in place | Turn power OFF / Unplug machine and re-install brush window |
| | Not holding trigger to spray solution | Hold trigger continuously while using the machine |
| | Spray tips on foot clogged | Use a pin to clean the spray tips located underneath the brush roll window |
| **Loss of suction power** | Tanks may not be seated properly | Turn Power OFF / Remove both tanks and reseat them so they fit properly on the machine |
| | Dirty tank has picked up maximum amount of dirty water and has reached full line | Empty dirty tank |
| | Brush window is not latched in place | Turn Power OFF / Unplug machine and re-install brush window |
| | Debris channel in foot is clogged by debris | Clean the channel with a paper towel |
| | Filter clogged by debris | Remove debris clogging the filter screen and clean the filter |
| **Brush roll is not turning** | Brush roll is not installed properly | Turn Power OFF / Unplug machine and follow instructions on page 11 for replacing brush roll |
| | Machine is standing upright | Recline machine to make brush roll turn on |
| | Obstruction has caused brush roll to stop | Turn Power OFF / Unplug machine and remove brush window and brush roll to remove obstruction |
| **Machine won't turn on** | Obstruction has caused brush roll to stop and shut down machine | Unplug machine to reset the system. While the machine is unplugged, remove the brush window and brush roll to remove the obstruction before plugging the machine back in for use |
| | Handle not inserted properly into body of machine | Remove the handle and re-insert into the body of the machine making sure to push down until you hear a "click." |
| **Machine is leaking** | Cap of clean water tank is not closed properly | Remove the clean water tank and re-apply the cap |

# Warranty

This warranty gives you specific legal rights, and you may also have other rights which may vary from state to state. If you need additional instruction regarding this warranty or have questions regarding what it may cover, please contact BISSELL Consumer Care by E-mail, telephone, or regular mail as described below.

## Limited Two-Year Warranty

Subject to the *EXCEPTIONS AND EXCLUSIONS identified below, upon receipt of the product BISSELL will repair or replace (with new or remanufactured components or products), at BISSELL's option, free of charge from the date of purchase by the original purchaser, for two years any defective or malfunctioning part.

See information below on "If your BISSELL product should require service".

This warranty applies to product used for personal, and not commercial or rental service. This warranty does not apply to fans or routine maintenance components such as filters, belts, or brushes. Damage or malfunction caused by negligence, abuse, neglect, unauthorized repair, or any other use not in accordance with the User's Guide is not covered.

BISSELL IS NOT LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE ASSOCIATED WITH THE USE OF THIS PRODUCT. BISSELL'S LIABILITY WILL NOT EXCEED THE PURCHASE PRICE OF THE PRODUCT.

**Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.**

**\*EXCEPTIONS AND EXCLUSIONS FROM THE TERMS OF THE LIMITED WARRANTY**
THIS WARRANTY IS EXCLUSIVE AND IN LIEU OF ANY OTHER WARRANTIES EITHER ORAL OR WRITTEN. ANY IMPLIED WARRANTIES WHICH MAY ARISE BY OPERATION OF LAW, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE THREE YEAR DURATION FROM THE DATE OF PURCHASE AS DESCRIBED ABOVE.

Some states do not allow limitations on how long an implied warranty lasts so the above limitation may not apply to you.

**NOTE:** Please keep your original sales receipt. It provides proof of date of purchase in the event of a warranty claim.

# Service

## If your BISSELL product should require service:

Contact BISSELL Consumer Care to locate a BISSELL Authorized Service Center in your area.

If you need information about repairs or replacement parts, or if you have questions about your warranty, contact BISSELL Consumer Care.

**Website:**
www.BISSELL.com/service-centers

**E-mail:**
www.BISSELL.com/email-us

**Call:**
BISSELL Consumer Care
1-800-237-7691
Monday – Friday 8am - 10pm ET
Saturday 9am - 8pm ET
Sunday 10am - 7pm ET

## Please do not return this product to the store.

Other maintenance or service not included in the manual should be performed by an authorized service representative.

For any questions or concerns, BISSELL is happy to be of service. Contact us directly at 1-800-237-7691.

# Register your product today!

Registering is quick, easy and offers you benefits over the lifetime of your product.

## You'll receive:

**BISSELL Rewards Points**
Automatically earn points for discounts and free shipping on future purchases.

**Faster Service**
Supplying your information now saves you time should you need to contact us with questions regarding your product.

**Product Support Reminders and Alerts**
We'll contact you with any important product maintenance reminders and alerts.

**Special Promotions**
Optional: Register your email to receive notice of offers, contests, cleaning tips and more!

## Visit **www.BISSELL.com/registration**!

### Visit us online at: BISSELL.com

When contacting BISSELL, have model number of cleaner available.

Please record your
Model Number: _____

Please record your
Purchase Date: _____

**NOTE: Please keep your original sales receipt. It provides proof of purchase date in the event of a warranty claim. See Warranty on page 15 for details.**

## Parts & Supplies

**For Parts and Supplies, go to BISSELL.com** and enter your model number in the search field.

*We can't wait to hear from you!*

We really do read your comments, tweets, and posts.

### Rate this product on BISSELL.com

or any of our retailer sites and let us (and millions of your closest friends) know what you think!

## For cleaning tips and more visit www.BISSELL.com or find us at:


BISSELL


BISSELLClean


BISSELLClean


BISSELL


BISSELL



©2017 BISSELL Homecare, Inc
Grand Rapids, Michigan
All rights reserved. Printed in China
Part Number 161-3262 07/17
Visit our website at: www.BISSELL.com



# CROSSWAVE™

GUÍA DEL USUARIO
SERIE 1785



# INSTRUCCIONES IMPORTANTES DE SEGURIDAD

## LEA TODAS LAS INSTRUCCIONES ANTES DE USAR CROSSWAVE™.
Al usar electrodomésticos, debe respetar las siguientes medidas de precaución básicas:

# ⚠ADVERTENCIA

## PARA REDUCIR EL RIESGO DE INCENDIO, DESCARGAS ELÉCTRICAS O LESIONES:

» Conéctelo solo a un tomacorriente con la debida puesta a tierra. Consulte las instrucciones de puesta a tierra. No modifique el enchufe con puesta a tierra de 3 clavijas.

» No deje el electrodoméstico enchufado. Desenchúfelo del tomacorriente cuando no esté en uso y antes de repararlo.

» Solo para uso en interiores.

» No permita que se use como un juguete.

» Es necesaria una estricta supervisión cuando los niños utilicen el electrodoméstico o estén cerca de este.

» No use este electrodoméstico para otro fin que no sea el especificado en esta Guía del usuario. Use solo los accesorios recomendados por el fabricante.

» No lo utilice si el enchufe o el cable están dañados. Si el electrodoméstico no funciona correctamente, ha sufrido caídas, se ha dañado, se ha dejado en el exterior o se ha caído al agua, llévelo a un centro de servicio autorizado para su reparación.

» No lo jale ni lo transporte del cable, no use el cable como asa, no cierre puertas sobre el cable ni jale el cable alrededor de esquinas o bordes filosos. No pase el electrodoméstico por sobre el cable. Mantenga el cable alejado de superficies calientes.

» No jale del cable para desenchufarlo. Para desenchufarlo, tome el enchufe, no el cable.

» No manipule el enchufe ni el electrodoméstico con las manos mojadas.

» No coloque ningún objeto en las aberturas.

» No lo utilice si hay aberturas bloqueadas. Mantenga las aberturas libres de polvo, pelusas, cabellos o cualquier objeto que pueda reducir el flujo de aire.

» Mantenga el cabello, las ropas holgadas, los dedos y todas las partes del cuerpo lejos de las aberturas y piezas en movimiento.

» Apague todos los controles antes de enchufar o desenchufar el electrodoméstico.

» Tenga sumo cuidado cuando limpie sobre escaleras.

» No lo utilice para aspirar líquidos inflamables o combustibles (líquido para encendedores, gasolina, queroseno, etc.) ni en áreas en que estos estén presentes.

» No utilice el electrodoméstico en un ambiente cerrado lleno de los vapores despedidos por pintura a base de aceite, disolventes de pintura, algunas sustancias repelentes de polillas, polvo inflamable u otros vapores explosivos o tóxicos.

» No lo utilice para aspirar materiales tóxicos (blanqueador de cloro, amoníaco, limpiador para desagüe, etc.).

» No aspire objetos encendidos o con humo, como cigarrillos, fósforos o cenizas calientes.

» Utilice solo los productos de limpieza BISSELL formulados para usarse con este electrodoméstico con el fin de evitar el daño de los componentes internos. Consulte la sección de líquido de limpieza de esta guía.

» No lo sumerja. Utilice únicamente sobre superficies humedecidas por el proceso de limpieza.

» Mantenga el electrodoméstico en una superficie nivelada.

» No transporte el electrodoméstico mientras esté en uso.

» Siempre coloque el flotante antes de cualquier operación para aspirar algo húmedo.

» No transporte el electrodoméstico mientras esté en uso.

## ⚠ADVERTENCIA
Riesgo de lesiones. El cepillo puede comenzar a andar inesperadamente. Desenchúfelo antes de limpiarlo o realizarle mantenimiento.

## ⚠ADVERTENCIA
Para reducir el riesgo de lesiones debido a las piezas en movimiento, desenchúfelo antes de realizar un mantenimiento.

NOTA: ALMACENE LA LIMPIADORA EN UN ÁREA PROTEGIDA Y SECA. DEBIDO A QUE ESTE PRODUCTO UTILIZA AGUA, NO DEBE ALMACENARSE DONDE EXISTA PELIGRO DE CONGELACIÓN. LA CONGELACIÓN DAÑARÁ LOS COMPONENTES INTERNOS Y ANULARÁ LA GARANTÍA.

# ⚠ADVERTENCIA

La conexión inapropiada del conductor de puesta a tierra del equipo puede causar peligro de descarga eléctrica. Consulte a un electricista calificado o personal de mantenimiento si no está seguro de si el tomacorriente tiene una puesta a tierra apropiada. NO MODIFIQUE EL ENCHUFE. Si el enchufe no encaja en el tomacorriente, pídale a un electricista calificado que instale el tomacorriente adecuado. Este electrodoméstico está diseñado para utilizarse en un circuito nominal de 120 voltios y cuenta con un accesorio de puesta a tierra similar al que se muestra en la ilustración. Asegúrese de que el electrodoméstico esté conectado a un tomacorriente con la misma configuración que el enchufe. No debe utilizarse ningún adaptador para enchufes con este electrodoméstico.

## INSTRUCCIONES DE PUESTA A TIERRA

Este electrodoméstico debe conectarse a un sistema de cableado con puesta a tierra. En caso de malfuncionamiento o avería, la puesta a tierra hace que pase la menor resistencia de corriente eléctrica y reduce el riesgo de descarga eléctrica. El cable para este electrodoméstico cuenta con un conductor de puesta a tierra del equipo y un enchufe con puesta a tierra. Debe conectarse solo a un tomacorriente correctamente instalado y con puesta a tierra que cumpla todas las ordenanzas y códigos locales.

Tomacorriente de puesta a tierra

Clavija de puesta a tierra

# GUARDE ESTAS INSTRUCCIONES PARA UN PRÓXIMO USO
Este modelo es solo para uso doméstico. El uso comercial de esta unidad anula la garantía del fabricante.

## Gracias por comprar un producto BISSELL CrossWave™

Nos encanta limpiar y estamos ansiosos por compartir uno de nuestros innovadores productos con usted. Queremos asegurarnos de que dentro de dos años el limpiador de múltiples superficies funcione igual que hoy, por eso, esta guía presenta sugerencias sobre el uso (páginas de 22 a 24), el mantenimiento (páginas de 25 a 29) y, si hay algún problema, la guía de solución de problemas (página 30).

El limpiador de múltiples superficies necesita un pequeño ensamblaje antes de ponerlo en funcionamiento, por lo tanto, vaya a la página 21 y empiece ahora mismo.

# Lo que hay en la caja



| Asa | Rodillo del cepillo de doble acción para múltiples superficies | Bandeja de almacenamiento | Bandeja de secado de rodillo del cepillo | Fórmula para múltiples superficies |

**NOTA:** Los accesorios estándares pueden variar según el modelo. Para saber qué debe estar incluido en su compra, consulte la lista de "Contenidos de la caja" en la solapa superior de la caja.

Instrucciones de seguridad. . . . . .18

Vista del producto . . . . . . . . . . . . .20

Ensamblaje. . . . . . . . . . . . . . . . . . .21

Fórmulas de limpieza . . . . . . . . . .21

Funcionamiento . . . . . . . . . . . .22-24

Mantenimiento y cuidado . . .25-29

Solución de problemas. . . . . . . . .30

Garantía. . . . . . . . . . . . . . . . . . . . . .31

Reparación . . . . . . . . . . . . . . . . . . .31

Registro del producto. . . . . . . . . . 32

# Conozca su CrossWave™





| | |
|---|---|
| 1  Asa superior | 7  Pie |
| 2  Control manual SmartClean | 8  Gatillo de rociador de solución |
| 3  Cañón flotante | 9  Abrazadera para cable de liberación rápida |
| 4  Ventana de cepillo de extracción fácil | 10  Tanque de agua limpia |
| 5  Asa de transporte integrada | 11  Abrazadera para cable inferior |
| 6  Tanque de agua sucia | 12  Bandeja de almacenamiento de limpieza fácil |

La máquina BISSELL CrossWave™ viene con tres componentes para ensamblar fácilmente y no es necesario utilizar ninguna herramienta. La unidad también viene con una bandeja de almacenamiento de limpieza fácil de dos piezas.

• Manija
• Cuerpo
• Tanque de agua limpia
• Bandeja de almacenamiento
• Bandeja de secado para el rodillo del cepillo

# Ensamblaje

## ⚠️ADVERTENCIA

**No enchufe la CrossWave™ si no comprende todas las instrucciones y procedimientos de funcionamiento.**



**1** Introduzca el asa en el cuerpo de la unidad hasta escuchar un "clic".

clic



**2** Luego, en la parte posterior de la máquina, alinee el tanque de agua limpia con las ranuras y deslice el tanque hasta que escuche un "clic".



**3**

Enrolle el cable alrededor de la abrazadera para cable de liberación rápida y la abrazadera inferior.



**4**

La bandeja de almacenamiento de limpieza fácil consiste en una bandeja de almacenamiento automática y una bandeja de secado para el rodillo del cepillo. Para ensamblar la bandeja de almacenamiento de fácil limpieza, alinee las flechas en la bandeja de almacenamiento con las flechas de la bandeja de secado para el rodillo del cepillo y deslícelas en su posición.

**NOTA:** Para retirar el envoltorio del cable fácilmente, tire hacia abajo la abrazadera para cable de liberación rápida para quitar el cable de la abrazadera.

# Fórmulas de limpieza

## ⚠️ADVERTENCIA

**Para reducir el riesgo de incendio y descarga eléctrica causado por el daño de los componentes internos, utilice solo los líquidos de limpieza BISSELL diseñados para utilizarse con el dispositivo para pisos duros.**

Tenga a mano una buena cantidad de las fórmulas CrossWave™ para limpiar los pisos duros y los tapetes de interiores cuando sea necesario.

Utilice siempre fórmulas CrossWave™ en su máquina. Otras soluciones pueden dañar la máquina y anularán la garantía.

### FÓRMULAS CROSSWAVE™

| Multi-Surface Formula | Wood Floor Formula | Area Rug Formula |
|---|---|---|
| Ideal para limpiar TODOS los pisos sellados y los tapetes de interiores | Restablezca el brillo natural de sus pisos de madera | Elimina la suciedad incrustada y pegada de los tapetes de interiores |

# Llenado del tanque de agua limpia



**1** El tanque de agua limpia se ubica en la parte posterior de la máquina.

**Tanque de agua limpia**

**Tanque de agua sucia**



**2** Levante el tanque de agua limpia para retirarlo de la máquina.



**3** Desenrosque la tapa del tanque de agua limpia.

El tanque de agua limpia tiene dos volúmenes de medida que dependen de la cantidad de espacio que desea limpiar.



**4** Para limpieza de áreas grandes (de hasta 65 m$^2$)

a. Llene el tanque de fórmula con agua tibia del grifo hasta la segunda línea de llenado.

b. Luego, agregue la fórmula hasta la segunda línea de llenado de fórmula.



Para limpieza de áreas pequeñas (<32,5 m$^2$)

a. Llene el tanque de fórmula con agua tibia del grifo hasta la primera línea de llenado.

b. Luego, agregue la fórmula hasta la primera línea de llenado de fórmula.



**5** Vuelva a enroscar la tapa en el tanque de agua limpia



**6** En la parte posterior de la máquina, alinee el tanque de agua limpia con las ranuras y deslice el tanque hasta que escuche un "clic".

**Algunas consideraciones sobre el llenado del tanque de agua limpia:**

• Llénelo con agua tibia de grifo (140 ºF/60 ºC, como máximo) y agregue la solución BISSELL adecuad. **NO UTILICE AGUA HIRVIENDO. NO CALIENTE EL AGUA NI EL TANQUE EN EL MICROONDAS.**

# Limpieza de pisos duros

25



**1**

Enchufe la máquina a un tomacorriente con la debida puesta a tierra.



**2**

**Seleccione el modo de limpieza:**

Para comenzar a limpiar pisos duros, encienda la máquina al presionar el botón **HARD FLOOR** (pisos duros). Una vez que la configuración esté seleccionada, se encenderá la aspiradora en seco. Para apagarla, presione el botón con la configuración **HARD FLOOR** (pisos duros) una segunda vez.



**3**

Recline el cuerpo de la máquina hacia atrás para que comience a girar el rodillo del cepillo. Para detener el girado del rodillo del cepillo, deberá ubicar la máquina forma vertical.



**4**

Antes de cada uso, sostenga el gatillo de solución por 10 segundos para preparar el sistema con la solución de limpieza. Cuando sostenga el gatillo, se iluminarán las luces LED.

**NOTA:** Cuando la solución fluya, verá que se forman burbujas en los bordes de la ventana del rodillo del cepillo.



**5**

Para limpiar, mantenga presionado el gatillo del rociador de solución mientras realiza pasadas hacia delante y atrás.



**6**

Para secar los pisos duros más rápido, suelte el gatillo y limpie en una segunda pasada sin dispensar solución.

**CONSEJO:** Cuando limpie pisos duros muy sucios o si el rodillo del cepillo no está limpio, use la bandeja de almacenamiento de limpieza fácil para enjuagar el rodillo del cepillo antes de limpiar tapetes de interiores.

**CONSEJO:** Para pisos más difíciles y con suciedad pegada, active el modo **RUG** (tapete) y sostenga la CrossWave™ sobre la suciedad. Al realizar pasadas cortas cuando mantiene presionado el gatillo, permite que el cepillo para múltiples superficies funcione.

# Limpieza de tapetes de interiores

**NOTA:** Antes de limpiar tapetes de interiores, pruebe el producto en un área poco visible del tapete para verificar que no destiña. También, verifique la etiqueta del fabricante antes de limpiar tapetes de interiores para conocer las instrucciones de limpieza específicas. No se puede utilizar para limpiar seda o tapetes de interiores delicados.



Enchufe la máquina a un tomacorriente con la debida puesta a tierra.



**Seleccione el modo de limpieza:**
Para comenzar a limpiar los tapetes, encienda la máquina al presionar el botón **RUG** (tapetes). Una vez que la configuración esté seleccionada, se encenderá la aspiradora en seco. Para apagarla, presione el botón con la configuración **RUG** (tapetes) una segunda vez.



Recline el cuerpo de la máquina hacia atrás para que comience a girar el rodillo del cepillo. Para detener el girado del rodillo del cepillo, deberá ubicar la máquina forma vertical.



Antes de cada uso, sostenga el gatillo de solución por 10 segundos para preparar el sistema con la solución de limpieza. Cuando sostenga el gatillo, se iluminarán las luces LED.

**NOTA:** Cuando la solución fluya, verá que se forman burbujas en los bordes de la ventana del rodillo del cepillo.



Para limpiar, mantenga presionado el gatillo del rociador de solución mientras realiza pasadas hacia delante y atrás.



Para secar los tapetes de interiores más rápido, suelte el gatillo y limpie en una segunda pasada sin dispensar la solución.

**NOTA:** El botón RUG (tapete) dispensa dos veces la solución del botón HARD FLOOR (pisos duros) para ayudar con la limpieza del tapete de interiores..

**CONSEJO:** Para una limpieza más profunda, haga 4 pasadas húmedas y 4 pasadas secas con pases que se sobrepongan sobre cada área que va a limpiar de los tapetes.

# ATENCIÓN

No humedezca demasiado la alfombra. Tenga cuidado de no pasar por encima de objetos sueltos o los bordes de los tapetes de interiores. El estancamiento del cepillo puede ocasionar el fallo prematuro de la correa.

## Mantenimiento: Vaciado del tanque de agua sucia

⚠ **ADVERTENCIA**

Para reducir el riesgo de incendio, descarga eléctrica o lesiones, coloque el interruptor de alimentación en la posición OFF (apagado) y desconecte el enchufe del tomacorriente antes de realizar mantenimiento o solucionar problemas en la unidad.

**1** 

Para eliminar agua sucia del tanque, presione hacia abajo en el botón empotrado sobre la parte superior del tanque de suciedad.

**2** 

Sujete el asa frontal mientras presiona hacia abajo el botón y retira el tanque de agua sucia de la unidad.

**3** 

Tome la parte superior del tanque de agua sucia en las áreas empotradas en cada lado del filtro y jale hacia arriba para retirar la tapa del tanque.

**¿Sabía usted?**

El flotante es lo que evita que el tanque sucio se rebalse. Cuando el tanque de agua sucia está lleno, el flotante apagará el motor de succión y producirá un fuerte sonido que indica que debe vaciar el tanque.

**4** 

Deseche el agua sucia y la suciedad. Enjuague el interior del tanque de agua sucia.

**5** 

Retire el filtro de la tapa del tanque de agua sucia levantándolo en forma recta.

**6** 

Lave a mano el filtro y la ventana de la aspiradora con agua tibia y detergente suave.

**7** 

Enjuague el flotante que se ubica al fondo de la tapa del tanque de agua sucia.

# Mantenimiento: Vaciado del tanque de agua sucia

## ⚠ADVERTENCIA

Para reducir el riesgo de incendio, descarga eléctrica o lesiones, coloque el interruptor de alimentación en la posición OFF (apagado) y desconecte el enchufe del tomacorriente antes de realizar mantenimiento o solucionar problemas en la unidad.



**8**

Si está sucia la parte interna donde se calza el tanque de agua sucia, límpiela con un paño o una toalla.



**9**

Deja las partes afuera así se secan antes de reensamblar.



**10**

Vuelva a colocar el filtro de la aspiradora en la parte superior del tanque de agua sucia.

**NOTA:** Asegúrese de limpiar el tanque de agua sucia y de dejar que todos los componentes se sequen luego de cada uso para cuidar el producto.



**11**

Una vez que las partes estén secas, reensamble y vuelva a colocar la tapa del tanque de agua sucia.



**12**

Monte el tanque de agua sucia nuevamente en el cuerpo de la máquina insertando, primero, la parte inferior. Luego, incline la tapa del tanque hacia la máquina y presione en el lugar hasta que haga un "clic".

# Mantenimiento: Limpieza del rodillo del cepillo y la cámara del cepillo

## ⚠ADVERTENCIA

Para reducir el riesgo de incendio, descarga eléctrica o lesiones, coloque el interruptor de alimentación en la posición OFF (apagado) y desconecte el enchufe del tomacorriente antes de realizar mantenimiento o solucionar problemas en la unidad.


**1** Tome la ventana del rodillo del cepillo y tire hacia arriba para retirar.


**2** Retire el rodillo del cepillo agarrando la lengüeta del cepillo y jalando hacia arriba.


**3** Con agua tibia, enjuague la ventana del rodillo del cepillo y el rodillo del cepillo.


**4** Si la cámara del rodillo del cepillo está sucia, límpiela con un paño o una toalla.


**5** Deje que la ventana del rodillo del cepillo y el rodillo del cepillo se sequen antes de reensamblar.

**CONSEJO:** Hacer funcionar la máquina mientras el rodillo del cepillo está húmedo ayudará a secar el rodillo más rápido. El gatillo no debe estar presionado.

**NOTA:** El rodillo del cepillo no se debe lavar en el lavaplatos ni en el lavarropas automático. Siga las instrucciones de limpieza.


**6** Sustituya el rodillo del cepillo al colocar la punta del rodillo del cepillo en el lado derecho del pie. Luego, trabe la lengüeta en su lugar al presionar hacia abajo.


**7** Vuelva a colocar la ventana del rodillo del cepillo alineando, primero, ambas lengüetas de la ventana del cepillo con los bordes del pie. Luego, presione la ventana en su lugar hasta escuchar un "clic".

# Mantenimiento: Bandeja de almacenamiento de limpieza fácil

## ⚠️ADVERTENCIA

**Para reducir el riesgo de incendio, descarga eléctrica o lesiones, coloque el interruptor de alimentación en la posición OFF (apagado) y desconecte el enchufe del tomacorriente antes de realizar mantenimiento o solucionar problemas en la unidad.**



**1** Coloque la unidad en una bandeja de almacenamiento de autolimpieza.



**2** Vierta agua en la línea MAX (máximo) de la bandeja de almacenamiento de autolimpieza.



**3** Encendida la máquina presionando el botón HARD FLOOR (pisos duros).



**4** Recline la máquina cuando está en la bandeja de almacenamiento. Deje que la máquina funcione de 10 a 15 segundos hasta que se absorba toda el agua. Repita según sea necesario.



**5** Tome la ventana del rodillo del cepillo de la parte frontal y tire hacia arriba para retirar.



**6** Retire el rodillo del cepillo agarrando la lengüeta del cepillo y jalando hacia arriba.



**7** Coloque el rodillo del cepillo de forma vertical en la bandeja de secado del rodillo del cepillo para secar.

# Mantenimiento: Bandeja de almacenamiento de limpieza fácil

## ⚠ADVERTENCIA

**Para reducir el riesgo de incendio, descarga eléctrica o lesiones, coloque el interruptor de alimentación en la posición OFF (apagado) y desconecte el enchufe del tomacorriente antes de realizar mantenimiento o solucionar problemas en la unidad.**



**8** ▼

Sustituya el rodillo del cepillo al colocar la punta del rodillo del cepillo en el lado derecho del pie. Luego, trabe la lengüeta en su lugar al presionar hacia abajo.

**9** ▼

 

Coloque la ventana del rodillo del cepillo alineando, primero, las lengüetas de la ventana del cepillo con los bordes del pie. Luego, presione la ventana en su lugar hasta escuchar un "clic".

### Almacenamiento de la máquina

Guarde la unidad en un armario o en el sótano hasta el próximo uso. Almacene la limpiadora en un área protegida y seca. Debido a que este producto utiliza agua, no debe almacenarse donde exista peligro de congelación. La congelación dañará los componentes internos y anulará la garantía.

**NOTA:** Cualquier solución que permanezca en el tanque de agua limpia debe vaciarse antes del almacenamiento de la máquina.

# Solución de problemas

## ⚠ADVERTENCIA

Para reducir el riesgo de incendio, descarga eléctrica o lesiones, coloque el interruptor de alimentación en la posición OFF (apagado) y desconecte el enchufe del tomacorriente antes de realizar mantenimiento o solucionar problemas en la unidad.

| Problema | Causas posibles | Soluciones |
|---|---|---|
| **Rocío reducido O sin rocío** | El tanque de agua limpia puede estar vacío. | Llene nuevamente el tanque. |
| | El tanque de agua limpia puede no estar asentado completamente. | Lleve el interruptor de encendido a la posición OFF (apagado) o retire el tanque y vuelva a asentarlo. |
| | El sistema no está cebado completamente. | Sostenga el gatillo entre 10 y 15 segundos para asegurarse de que la solución fluyó por las boquillas rociadoras. |
| | La ventana del cepillo no está sujeta en el lugar. | Lleve la máquina a la posición OFF (apagado) o desenchufe la máquina y vuelva a instalar la ventana del cepillo. |
| | No se está sosteniendo el gatillo para rociar la solución. | Sostenga el gatillo continuamente mientras utiliza la máquina. |
| | Las boquillas rociadoras de pie están o bstruidas. | Utilice un pasador para limpiar las boquillas rociadoras que se ubican por debajo de la ventana del rodillo del cepillo. |
| **Pérdida de potencia de succión** | Los tanques pueden no estar asentados correctamente. | Lleve el interruptor de encendido a la posición OFF (apagado) o retire ambos tanques y vuelva a colocarlos para que encajen correctamente en la máquina. |
| | El tanque de suciedad ha absorbido la cantidad máxima de agua sucia y ha alcanzado la línea completa. | Vacíe el tanque de suciedad. |
| | La ventana del cepillo no está sujeta en el lugar. | Lleve la máquina a la posición OFF (apagado) o desenchufe la máquina y vuelva a instalar la ventana del cepillo. |
| | La canaleta de desechos de pie está obstruida con desechos. | Limpie la canaleta con una toalla de papel. |
| | El filtro está obstruido con desechos. | Retire los desechos que obstruyen la pantalla del filtro y limpie el filtro. |
| **El rodillo del cepillo no gira** | El rodillo del cepillo no está instalado correctamente. | Lleve la máquina a la posición OFF (apagado) o desenchúfela y siga las instrucciones de la página 27 para reemplazar el rodillo del cepillo. |
| | La máquina está de forma vertical. | Recline la máquina para encender el rodillo del cepillo. |
| | La obstrucción detuvo el rodillo del cepillo. | Lleve la máquina a la posición OFF (apagado) o desenchufe la máquina y retire la ventana y el rodillo del cepillo para remover los desechos. |
| **La máquina no enciende** | La obstrucción detuvo el rodillo del cepillo y apagó la máquina. | Desconecte la máquina para reiniciar el sistema. Mientras la máquina está desconectada, retire la ventana y el rodillo del cepillo para remover los desechos antes de conectar la máquina nuevamente. |
| | El mango no está correctamente insertado en el cuerpo de la máquina | Retire el mango y vuelva a insertarlo en el cuerpo de la máquina asegurándose de presionar hasta que escuche un "clic". |
| **Hay una filtración en la máquina** | La tapa del tanque de agua limpia no está cerrada correctamente. | Retire el tanque de agua limpia y vuelva a colocar la tapa. |

# Garantía

Esta garantía le otorga derechos legales específicos, pero también podría tener otros derechos que pueden variar de un estado a otro. Si necesita instrucciones adicionales con respecto a esta garantía o tiene preguntas sobre lo que esta cubre, póngase en contacto con Atención al consumidor de BISSELL por correo electrónico, teléfono o correo regular como se describe a continuación.

## Garantía limitada de dos años

Sujeta a las *EXCEPCIONES Y EXCLUSIONES detalladas a continuación, presentando el comprobante de compra del producto, BISSELL reparará o reemplazará (con componentes o productos nuevos o fabricados nuevamente), a discreción de BISSELL, sin costo para el comprador original a partir de la fecha de compra y durante dos años, cualquier pieza defectuosa o con mal funcionamiento.

Vea la información a continuación sobre "Si su producto BISSELL necesita reparación".

Esta garantía se aplica al producto utilizado para el servicio personal y no comercial o de alquiler. Esta garantía no se aplica a los ventiladores o a los componentes de mantenimiento de rutina como filtros, correas o cepillos. Los daños o el mal funcionamiento causados por negligencia, uso inadecuado, descuido, reparación no autorizada o cualquier otro uso que no se ajuste a la Guía del usuario no están cubiertos.

BISSELL NO SE HACE RESPONSABLE POR NINGÚN DAÑO ACCIDENTAL O RESULTANTE DE NINGUNA NATURALEZA RELACIONADO CON EL USO DE ESTE PRODUCTO. LA RESPONSABILIDAD DE BISSELL NO SUPERARÁ EL PRECIO DE COMPRA DEL PRODUCTO.

**Algunos estados no permiten la exclusión o limitación de los daños accidentales o resultantes, de modo que es posible que la exclusión o limitación anterior no se apliquen en su caso.**

**\*EXCEPCIONES Y EXCLUSIONES DE LOS TÉRMINOS DE LA GARANTÍA LIMITADA**
ESTA GARANTÍA ES EXCLUSIVA Y REEMPLAZA A CUALQUIER OTRA GARANTÍA ORAL O ESCRITA. CUALQUIER GARANTÍA IMPLÍCITA QUE PUEDA SURGIR POR UNA OPERACIÓN LEGAL, INCLUIDA CUALQUIER GARANTÍA DE COMERCIABILIDAD Y LA IDONEIDAD PARA FINES PARTICULARES ESTÁ LIMITADA A TRES AÑOS DE DURACIÓN A PARTIR DE LA FECHA DE COMPRA COMO SE DESCRIBE ARRIBA.

Algunos estados no permiten limitaciones sobre el tiempo de duración de una garantía implícita, de modo que la limitación antes descrita puede no aplicarse en su caso.

**NOTA:** Conserve el recibo de venta original. Es el comprobante de la fecha de compra en caso de una reclamación de garantía.

# Reparación

## Si su producto BISSELL necesita reparación:

Póngase en contacto con Atención al consumidor de BISSELL para ubicar un centro de servicio autorizado de BISSELL en su área.
Si necesita información sobre reparaciones o piezas de repuesto o si tiene preguntas sobre la garantía, póngase en contacto con Atención al consumidor de BISSELL.

**Sitio Web:**
www.BISSELL.com/service-centers

**Correo electrónico:**
www.BISSELL.com/email-us

**Llame a:**
Atención al consumidor de BISSELL
1-800-237-7691
De lunes a viernes de 8 a. m. a 10 p. m., hora del Este
Sábados de 9 a. m. a 8 p. m., hora del Este
Domingos de 10 a. m. a 7 p. m., hora del Este

## No devuelva este producto a la tienda.

Cualquier otro mantenimiento o reparación no incluidos en el manual deben ser realizados por un representante de servicio autorizado.

Si tiene alguna pregunta o duda, BISSELL se complace en ayudarlo.

Póngase en contacto con nosotros directamente llamando al 1-800-237-7691.

# ¡Registre su producto hoy!

Registrarse es rápido, fácil y le ofrece beneficios para todo el período de vida útil del producto.

## Usted recibirá:

**Puntos de recompensa BISSELL**
Obtenga puntos de manera automática para descuentos y entregas a domicilio gratis en compras futuras.

**Servicio más rápido**
Si envía la información ahora, ahorrará tiempo por si necesita ponerse en contacto con nosotros con preguntas relacionadas con el producto.

**Recordatorios y alertas del centro de servicio de productos**
Nos pondremos en contacto con usted ante cualquier recordatorio y alerta importante relacionada con el mantenimiento del producto.

**Promociones especiales**
Opcional: Registre su correo electrónico para recibir notificaciones de ofertas, concursos, consejos de limpieza y más.

## Visite **www.BISSELL.com/registration**

### Visítenos por Internet en: BISSELL.com

Cuando se ponga en contacto con BISSELL, tenga a mano el número de modelo de la aspiradora.

Tenga a bien registrar el
número de modelo: _____

Tenga a bien registrar la
fecha de compra: _____

**NOTA: Conserve el recibo de venta original. Es el comprobante de la fecha de compra en caso de una reclamación de garantía. Para obtener más detalles, consulte la garantía en la página 31.**

## Piezas y suministros

**Para consultar sobre piezas y suministros, visite el sitio BISSELL.com** e ingrese el número de modelo en el campo de búsqueda.

*Nos encantaría saber de usted.*

Leemos todos sus comentarios, tweets y publicaciones.

### Clasifique este producto en BISSELL.com

o en cualquiera de nuestros negocios minoristas y háganos saber (y a millones de sus amigos cercanos) lo que piensa.!

**Para obtener sugerencias sobre la limpieza y más, visite www.BISSELL.com o encuéntrenos en**

    

BISSELL    BISSELLClean    BISSELLClean    BISSELL    BISSELL



©2017 BISSELL Homecare, Inc
Grand Rapids, Michigan
Todos los derechos reservados. Impreso en China
Número de pieza: 161-3262 07/17
Visite nuestro sitio Web en: www.BISSELL.com

# EXHIBIT B

## HOW TO USE

**Fill Tank** 

Shake bottle and use formula according to machine users guides.

**Clean** 

**For CROSSWAVE™**
**For small area cleaning:**
Fill formula tank with hot tap water to the first water fill line. Then add formula to the first formula fill line.

**For large area cleaning:**
Fill formula tank with hot tap water to the second water fill line. Then add formula to the second formula fill line.

Repeat as needed • *Pet and family safe when used as directed

Ingredients: Greater than 30%: water. Less than 5%: nonionic surfactants, detergent builders, sodium polyacrylate, fragrance, methylisothiazolone, benzisothiazolone, hexyl cinnamal and coumarin.

In case of eye contact, flush thoroughly with water. If irritation persists, consult physician. Keep Out Of Reach Of Children.

earth friendly formula
contains no heavy metals, phosphates or dyes. Biodegradable detergents.

bottle contains minimum of 25% post consumer recycled plastic

To learn more about this product, visit www.bissell.com

©2015 BISSELL Homecare, Inc.
Grand Rapids, Michigan 49544  USA

Patent information at www.bissell.com/patents

The Production Date Code is on the bottom of the bottle.

Made in USA with some globally sourced parts

In Australia & New Zealand, distributed by:
BISSELL Australia PTY Ltd.
Scoresby 3179, Victoria, Australia
Australia Tel:1-300-247-735
New Zealand Tel: 0-800-247-735

In Europe, distributed by:
BISSELL International Trading Company B.V.
1072 AB Amsterdam, The Netherlands
Tel: 31-20-305-1340

In the United Kingdom, distributed by:
BISSELL Homecare (Overseas) Inc.
Berkshire SL1 4QT, United Kingdom
Tel: 0344-888-6644

In the Middle East & Africa, distributed by:
BISSELL Middle East FZE
Dubai, United Arab Emirates
Tel: 971-4-881-8597

Item # 1607816    1607787

# **EXHIBIT C**

**DIRECTIONS:** **For routine cleaning:** Add ¼ cup of cleaner to 1 gallon of warm water. Wash floors as usual. No rinsing necessary. **For Extra-Strength Cleaning:** Add ½ cup of cleaner to 1 gallon of warm water. For tough spots, use full strength and wipe with a clean, damp cloth.

**HELPFUL HINTS:** If your floor looks dull due to a waxy build-up from other products, remove the build-up using the following method: Mix 1 cup of ammonia and ¼ cup of **Pledge® Multisurface Floor Cleaner Concentrate** with ½ gallon of cool water. Spread over a 3′ x 3′ area. Let stand 5 minutes, scrub, and rinse with plain water. Repeat until build-up is removed and entire floor is clean. Continued use will not lead to a waxy build-up.

## ENVIRONMENTAL FACTS:
- Bottle made from 15% post-consumer recycled plastic
- Produced with more than 30% renewable energy
- Contains no phosphate

**INGREDIENTS:** Water, ethoxylated alcohol, fragrance, methylisothiazolinone, and dye. SCJ Formula # 35*31482

Learn about the ingredients in this product so you can make informed choices for your family and home.
http://www.whatsinsidescjohnson.com/us/en/brands/pledge

*A family company since 1886.*
Fisk Johnson

learn more at:
www.
scjohnson.com

**CAUTION:** **EYE IRRITANT.** Contains surfactant. Avoid contact with eyes. **FIRST AID: EYES:** Rinse eyes with plenty of water. If irritation persists, get medical attention. **KEEP OUT OF REACH OF CHILDREN AND PETS.**

Questions? Comments?
Call 800-558-5252
or write Helen Johnson.
©2017 S.C. Johnson & Son, Inc. Racine, WI 53403-2236 U.S.A. All Rights Reserved.
visit us at www.pledge.com

0 46500 74706 9

1047533

W01⊃