UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COREY FRANZINI, *on behalf of Plaintiff and a class*,

                Plaintiff,

    - against -

BISSELL HOME CARE, INC.,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 23-2895 (JMA) (LGD)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 12, 2024, adopting the July 10, 2024 Report and Recommendation of United States Magistrate Judge Lee G. Dunst, dismissing the Amended Complaint without prejudice and without leave to amend, and respectfully directing the Clerk of Court to close this case, it is

    **ORDERED AND ADJUDGED** that Plaintiff Corey Franzini take nothing of Defendant Bissell Home Care, Inc.; that the Amended Complaint is dismissed without prejudice and without leave to amend; and that this case is closed.

Dated: August 19, 2024
       Central Islip, New York

                                          BRENNA B. MAHONEY
                                          CLERK OF COURT

                              BY:   /S/ JAMES J. TORITTO
                                              DEPUTY CLERK